## DECISION

No. DC-83-10

The application of the above-named defendant for a review of the sentence for Count I, Deliberate Homicide, 100 years plus 10 years for the use of a weapon, to be served consecutively; Count II, Deliberate Homicide, 100 years plus 10 years for the use of a weapon to be served consecutively; Count I and Count II shall be served concurrent to each other imposed on September 26, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board shall clarify the wording in the original Judgment. The Defendant shall serve 100 years for Count I, Deliberate Homicide, plus 10 years for the use of a weapon, to be served consecutively; 100 years for Count II, Deliberate Homicide, plus 10 years for the use of a weapon, to be served consecutively; Count I and Count II shall be served concurrent to each other, therefore the Petitioner shall serve a total of 110 years in the Montana State Prison and shall be designated as a nondangerous offender.

HONORABLE DOUGLAS HARKIN DISSENTING: He would have designated the defendant a DANGEROUS OFFENDER because it was his second offense involving the use of a firearm.

We wish to thank Colleen Ambrose of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. ROBERT LEON CONDON, Defendant.

## DECISION

No. 86-110

The application of the above-named defendant for a review of the sentence of 30 years for Sexual Intercourse without Consent; DANGEROUS DESIGNATION imposed on September, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Diane Davey of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. ALAN JOHN JOHNSON, Defendant.

DECISION

No. DC-85-133b

The application of the above-named defendant for a review of the sentence of 5 years for Criminal Possession of Dangerous Drugs + 1 day credit for time served; Swan River Recommendation imposed on March 13, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Paul Ewers of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Seventh Judicial District, County of Richland, STATE OF MONTANA, Plaintiff vs. JAMES GREGORY POULOS, Defendant.

DECISION

No. 1936

The application of the above-named defendant for a review of the sentence of 5 years for Custodial Interference plus credit for time served, imposed on August 25, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to one (1) year in the Montana State Prison for Custodial Interference plus credit for time served.

Reasons for the Amendment are:

(1) The sentence imposed by sentencing judge is disproportionate to what the Co-Defendant received.

(2) This Court felt it should have been a County Jail Sentence in the first place.

We wish to thank Les Ocks of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.